had here, on information; and, though it will not reftore him, yet he might have complained to the feffions, where every thing was open.

The order of Seffions confirmed, with cofts.

## KEPPELE *verfus* WILLIAMS.

A *Venire* had iffued, and the Jury was fummoned: the Plaintiff forbade the Sheriff to bring the Jury to the Court.—On the day of trial, the Plaintiff's Attorney demanded the *Venire*.—Defendant's Attorney oppofed it, and advifed the Sheriff to deliver it into Court.

The Jury alfo attended upon the application of Defendant's Attorney. The Court was then moved for their direction.

They took the *Venire* and called for the pannell.—The CHIEF JUSTICE quoting the following authorities, to fhew, that it would be a contempt to pocket the *Venire*.—*Comb.* 303. 4 *Mod.* 367. *Vin. Abr. Tit. Trial* 329.

The Plaintiff then moved to continue the caufe which was allowed, Defendant having no provifo rule.

Defendant then moved for a provifo rule, to which Plaintiff objected, and made affidavit of the abfence of a material witnefs, and fervice of a fubpœna, on which the motion dropt.